# United States Court of Appeals
## For the First Circuit

Nos.  23-1170
      23-1221

LORI A. ZARLENGA; VICTORIA A. ZARLENGA, Decedent,

Plaintiffs - Appellants,

v.

UNITED STATES OF AMERICA; GEORGE W. BUSH, individually and in his official capacity as President of the United States; BARACK HUSSEIN OBAMA, II, individually and in his official capacity as President of the United States; JOSEPH BIDEN, individually and in his official capacity as the President of the United States; U.S. DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; ROBERT S. MUELLER, individually and in his official capacity as former Director of the Federal Bureau of Investigation; JAMES B. COMEY, individually and in his official capacity as former Director of the Federal Bureau of Investigation; CHRISTOPHER A. WRAY, individually and in his official capacity as Director of the Federal Bureau of Investigation; ANDREW G. MCCABE, individually and in his official capacity as Acting and Deputy Director of the Federal Bureau of Investigation; NICHOLAS MURPHY, individually and in his capacity as former Supervisory Special Agent of the Federal Bureau of Investigation; HOLLY JEAN STEEVES, individually and in her official capacity as FBI Agent of the Federal Bureau of Investigation of Rhode Island; ERIC YANKEE, individually and in his official capacity as Special Agent of Bureau of Alcohol, Tobacco, and Firearms of Providence Rhode Island; RHODE ISLAND STATE POLICE; JAMES M. MANNI, individually and in his official capacity as Superintendent of the Rhode Island State Police; WEST WARWICK POLICE DEPARTMENT; MARK KNOTT, individually and in his official capacity as Chief of Police of the West Warwick Police Department; ERNEST LAVIGNE, individually and in his official capacity as Major Prosecution Division Commander of the West Warwick Police Department; DONALD ARCHIBALD, individually and in his official capacity as Major Patrol Division Commander of the West Warwick Police Department; STEPHEN VANNINI, individually and in his official capacity as Detective Sergeant of the West Warwick Police Department; BRIAN BROTHERS, individually and in his official capacity as Patrol Officer of the West Warwick Police Department; JUSTIN LAKE, individually and in his official capacity as Patrol Officer of the West Warwick Police Department; JOHNSON GREGORY, individually and in his official capacity as Captain of the West Warwick Police Department; PATRICK KELLY, individually and in his official capacity as Patrol Officer of the West Warwick Police Department; WARWICK POLICE DEPARTMENT; JOSEPH E. MEE, individually and in his capacity as Warwick Police Officer; NICHOLAS J. DINARDO, individually and in his official capacity as Police Officer of the Warwick Police Department; TOMAS BOGUSZ, individually and in his official capacity as former Police Officer of the Warwick Police Department; ALAN J. VALLIERE, individually and in his official capacity as

Sergeant of the Warwick Police Department; NORTH KINGSTOWN POLICE DEPARTMENT; EDWARD A. CHARBONEA, individually and in his official capacity as Chief of Police of the North Kingstown Police Department; ROBERT D. DESJARLAIS, individually and in his official capacity as Detective Lieutenant of the North Kingstown Police Department; COVENTRY POLICE DEPARTMENT; CRANSTON POLICE DEPARTMENT; PROVIDENCE POLICE DEPARTMENT; FOXBORO MASSACHUSETTS POLICE DEPARTMENT; MASSACHUSETTS STATE POLICE; CHRISTOPHER S. MASON, individually and in his official capacity as Colonel of the Massachusetts State Police; SCOTT WARMINGTON, individually and in his official capacity as Deputy Superintendent of the Massachusetts State Police; JAMES A. BAZZINOTTI, individually and in his official capacity as Lieutenant of the Massachusetts State Police; TIMOTHY J. CURTIN, individually and in his official capacity as Major of the Massachusetts State Police; CONNECTICUT STATE POLICE; STATE OF RHODE ISLAND DEPARTMENT OF MENTAL HEALTH ADVOCATE; EMILY ROWLANDS, MD, individually and as psychiatrist of Rhode Island Hospital; ARNALDO A. BERGES, MD, individually and as psychiatrist and Director of Adult Inpatient Psychiatry of Rhode Island Hospital; DAVID MYSELS, MD, individually and as psychiatrist of Rhode Island Hospital; PATRICK SCHULE, MD, individually and as psychiatrist of Butler Hospital; JAMES K. SULLIVAN, MD, individually and as psychiatrist of Butler Hospital and Chief of Psychiatry for the Care New England Health System; DANIEL J. LEVINE, MD, individually and as Cardiologist of Cardiovascular Institute; DRAGON J. GOLIJANIN, MD, individually and as Urologist of Brown Urology; MADELINE QUIRK, Honorable, individually and as Associate Judge of the Rhode Island District Court; RICHARD D. SCOTT, MD, individually and as Orthopedist of New England Baptist Hospital; COLLEEN HASTINGS, Honorable, individually and as Associate Judge of the Rhode Island District Court; RHODE ISLAND DISTRICT COURT; JEANNE LAFAZIA, Honorable, individually and as Chief Judge of the Rhode Island District Court; PAMELA A. WOODCOCK-PFEIFFER, Honorable, individually and as Associate Judge of the Rhode Island District Court; ELAINE T. BUCCI, Honorable, individually and as Administrative Judge of the Rhode Island District Court; STEPHEN I. SHERWOOD, Honorable, individually and as Associate Judge of the Rhode Island District Court; ANTHONY CAPRARO, Honorable, individually and as Associate Judge of the Rhode Island District Court; JAMES CARUOLO, Honorable, individually and as Associate Judge of the Rhode Island District Court; RHODE ISLAND SUPREME COURT; UNITED STATES SUPREME COURT; BUTLER HOSPITAL; RHODE ISLAND HOSPITAL; KENT COUNTY HOSPITAL; THE PROVIDENCE CENTER; JACK BELKIN, MD, individually and as psychiatrist of the Providence Center; THRIVE BEHAVIORAL HEALTH CENTER, INC, formerly known as The Kent Center; GREGG ETTER, MD, individually and as psychiatrist of the Providence Center; STATE OF RHODE ISLAND DEPARTMENT OF BEHAVIORAL HEALTHCARE, DEVELOPMENTAL DISABILITIES, AND HOSPITALS; KENNETH SCHREIBER, individually and as attorney of Schreiber and Schreiber Law Firm; PROVIDENCE RESCUE MISSION; TGI FRIDAYS RESTAURANT CORPORATION; FACEBOOK, INC.; MARK ZUCKERBERG, individually and as Founder, President, and CEO of Facebook, Inc; UNITED STATES ATTORNEYS OFFICE, District of Rhode Island; STATE OF RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL; GINA M. RAIMONDO, individually and in her capacity as former Governor for the State of Rhode Island; DANIEL J. MCKEE, individually and in his capacity as current Governor for the State of Rhode Island; JACK F. REED, individually and in his official capacity as United States Senator; SHELDON WHITEHOUSE,

individually and in his official capacity as United States Senator; LINCOLN D. CHAFEE, individually and in his official capacity as United States Senator and Governor of the State of Rhode Island; STATE OF RHODE ISLAND; CITY OF PROVIDENCE, Rhode Island; TOWN OF WEST WARWICK; FOXWOODS RESORTS CASINO; MOHEGAN SUN CASINO; JOHN AND JANE DOES 1 THROUGH 100; JOHN DOE CORPORATIONS 1 THROUGH 50 AND OTHER; JOHN DOE ENTITIES 1 THROUGH 50,

Defendants - Appellees.

_____

## ORDER OF COURT

Entered: May 2, 2023
Pursuant to 1st Cir. R. 27.0(d)

Appeal Nos. 23-1170 and 23-1221 are consolidated for purposes of briefing and oral argument. See Fed. R. App. P. 3(b)(2). The parties are directed to use the above caption on all future filings related to these cases.

By the Court:

Maria R. Hamilton, Clerk

cc:
Peter F. Neronha
Lori A. Zarlenga
Lauren S. Zurier
William M. Tong
Andrea J. Campbell