

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Rhode Island*

---

One Financial Plaza, 17th Floor                                       (401) 709-5000
Providence, Rhode Island 02903                                    FAX (401) 709-5001

June 7, 2023

Maria R. Hamilton
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Zarlenga, et. al. v. United States of America, et. al., Nos. 23-01170, 23-01221

Dear Ms. Hamilton:

    On May 2, 2023, the Court set a briefing schedule in the above-captioned matters, indicating that the appellees' brief will be due 30 days following service of the appellant's brief. The docket indicates that the appellant's brief was served on June 5, 2023.

    Under the circumstances, I wish to bring the Court's attention to the fact that none of the federal defendants was ever served with the complaint in the district court. *See Zarlenga, et. al. v. United States, et. al.*, No. 23-01221, Clerk's Supplemental Certificate of the Record on Appeal at pp. 2-12, Civil Docket for *Zarlenga et al v. United States of America, et. al.*, No. 22-cv-00372-MSM-LDA (D.R.I. *filed* October 12, 2022).

    They were therefore not parties to the action in the court below, nor are they properly considered parties to either of Ms. Zarlenga's appeals. *See Brait Builders Corp. v. Massachusetts, Div. of Capital Asset Management,* 644 F.3d 5, 9-10 (1st Cir. 2011); *Echevarria-Gonzalez v. Gonzalez-Chapel*, 849 F.2d 24, 28 (1st Cir. 1988). That is why our office has not entered an appearance on appeal and why the government does not intend to file an opposition brief on behalf of the federal defendants.

    I respectfully request that you bring this letter and the federal defendants' status in this case to the attention of the panel considering Ms. Zarlenga's appeal. Thank you for your consideration.

Sincerely,

Lauren S. Zurier
Chief, Appellate Division
U.S. Attorney's Office
District of Rhode Island