

# STATE OF RHODE ISLAND
## OFFICE OF THE ATTORNEY GENERAL

150 South Main Street • Providence, RI 02903
(401) 274-4400 • www.riag.ri.gov

*Peter F. Neronha*
*Attorney General*

2023 JUN 15 AM 11: 21

June 12, 2023

Maria R. Hamilton
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:  Zarlenga, et. al. v. United States of America, et. al., Nos. 23-01170, 23-01221

Dear Ms. Hamilton:

On February 17, 2023, the Plaintiffs-Appellants in this matter filed a Notice of Appeal with the Court. Plaintiffs-Appellants filed a brief on June 7, 2023.

Under the circumstances, I wish to bring the Court's attention to the fact that the Attorney General for the State of Rhode Island was never served with the complaint in District Court and neither the State of Rhode Island, nor any of its officers or entities, are a party on appeal. See Zarlenga, et. al. v. United States, et. al., No. 23-01221, Clerk's Supplemental Certificate of the Record on Appeal at pp. 2-12, Civil Docket for Zarlenga, et al v. United States of America, et. al., No. 22-cv-00372-MSM-LDA (D.R.I. filed October 12, 2022).

The State entities and employees therefore are not a proper party to the action in the court below, nor a party to this appeal. *See Brait Builders Corp. v. Massachusetts, Div. of Capital Asset Management*, 644 F.3d 5, 9-10 (1st Cir. 2011); *Echevarria-Gonzalez v. Gonzalez-Chapel*, 849 F.2d 24,

28 (1st Cir. 1988). That is why our office has not entered an appearance in the appeal and why the Rhode Island Office of Attorney General does not intend to file an opposition brief on behalf of the state defendants.

I respectfully request that you bring this letter and the Rhode Island Office of Attorney General's status in this case to the attention of the panel considering Ms. Zarlenga's appeal.

Thank you for your consideration.

Sincerely,

*/s/ Michael W. Field*
Michael W. Field
Assistant Attorney General
Deputy Chief, Civil Division
Rhode Island Office of Attorney General

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 12th day of June, 2023, I have mailed, by regular United States mail, postage prepaid, the within document to be filed with the United States Court of Appeals for the First Circuit, 1 Courthouse Way, Boston, MA 02210. I hereby further certify that I have mailed by regular United States mail, postage prepaid, the within document to the following parties of record.

Lori A. Zarlenga
Apt. 5A
150 Nashua Street
Providence, RI 02904

Lauren Zurier, Esq.
Chief, Appellate Division
U.S. Department of Justice
United States Attorney's Office
District of Rhode Island
One Financial Plaza, 17th Floor
Providence, Rhode Island 02903

/s/ Michael W. Field

STATE OF RHODE ISLAND
OFFICE OF THE ATTORNEY GENERAL
150 South Main Street
Providence, RI 02903
Peter F. Neronha, Attorney General

Maria R. Hamilton
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

02210-300370